UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL  33309
TEL. (888)491-1120
FAX (954) 3436982
bankruptcy@gmlaw.com

Attorney for Teachers Federal Credit Union

In Re:

Edwin Camacho
Yahira Camaco,

Debtors.

Case No.:    24-18514-JKS

Chapter:    13

Judge:    John K. Sherwood

## REQUEST OF TEACHERS FEDERAL CREDIT UNION
## FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P.2002(g)

Jessica Ann Berry, Esq., of Greenspoon Marder LLP, hereby appears as attorney of

record for Teachers Federal Credit Union, in connection with the above captioned proceeding,

and requests that the Clerk, pursuant to Federal R. Bank. P. 2002(g), add the undersigned to the

mailing matrix for the case and requests that all notices, pleadings and papers which must be

served to creditors, any creditor's committees, and any other parties-in-interest, whether sent by

the Court, Debtor, or any other party in the case, be sent to the undersigned at the following

address:

Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL  33309
Email address: Bankruptcy@gmlaw.com

24-001942

I HEREBY CERTIFY that on September 10, 2024, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system, which will send a notice to the following

CM/ECF participants electronically and/or via US Mail.

By: /s/ Jessica Ann Berry
Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
100 West Cypress Creek Rd., Suite 700
Fort Lauderdale, FL  33309
TEL. (888) 491-1120
FAX (954) 343-6982
Bankruptcy@gmlaw.com

*Debtors*
**Edwin Camacho**
**Yahira Camaco**
132 Crest Drive
Belleville, NJ 07109

*Attorney for Debtors*
**Timothy P. Kane**
Law Offices of Abdy & Kane, PC
17 Furler Street
Suite 3
Totowa, NJ 07512

*Trustee*
**Marie-Ann Greenberg**
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

*U.S. Trustee*
**U.S. Trustee**
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

24-001942