| |
|---|
| United States Bankruptcy Court<br>For the District of New Jersey |
| Abdy & Kane, P.C.<br>Timothy P. Kane, Esq. (TPK-9921)<br>17 Furler Street, Suite 3<br>Totowa, New Jersey 07512<br>(973) 890-9090<br>Attorney for Debtors |
| In Re:<br><br>Edwin Camacho<br>Yahaira Camacho, Debtors |

Case No.: 24-18514- JKS

Chapter 13

Judge: JKS

Certification of Service for Order Respecting
Amendment to Voluntary Petition And/Or
Statement About Your Social Security Numbers

I, Timothy P. Kane, Esq, do hereby certify:

1. I am the Attorney of record and represent the above named Debtors on this Bankruptcy case.

2. This Bankruptcy petition which was filed on August 28, 2024.

3. On October 10, 2024, I filed an Amended Statement About Your of Social Security Numbers to correct the Debtor's Social Security Number on the Bankruptcy petition.

4. On October 16, 2024, the Bankruptcy issued an Order Respecting Amendment to Voluntary Petition and/or Statement About Your Social Security Numbers which is attached as "Schedule A."

5. On October 18, 2024, I mailed the Order Respecting Amendment to Voluntary Petition and/or Statement About Your Social Security Numbers to all interested parties named in the attached "Schedule B" via Regular Mail.

6. On October 18, 2024, I mailed the Order Respecting Amendment to Voluntary Petition and/or Statement About Your Social Security Numbers to the three national reporting agencies via Regular and Certified Mail. The Certified Mailing receipts are attached hereto as attached "Schedule C".

7. I hereby certify that all of the foregoing statements made by me are true to the best of my

knowledge. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: October 21, 2024                              /s/ Timothy P. Kane, Esq.

**"EXHIBIT A"**

Form oavolssn − oavolssnv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−18514−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Edwin Camacho                              Yahaira Camacho
132 Crest Drive                            132 Crest Drive
Belleville, NJ 07109                       Belleville, NJ 07109

Social Security No.:
xxx−xx−5339                                xxx−xx−4339

Employer's Tax I.D. No.:

## ORDER RESPECTING AMENDMENT TO VOLUNTARY PETITION AND/OR STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS

The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on 10/10/24, and for good cause shown, it is

ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties−in−interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the debtor must mail, by regular and certified mail, a notice correcting the social security number to the three national credit reporting agencies: Experian; Trans Union Corporation; Equifax Credit Information Services, Inc., or/and their successors and assigns, at their last known address on their website and file a separate Certification of Service regarding proof of same not later than 7 days after the date of this Order.

It is further ORDERED that the creditors and/or parties−in−interest and the trustee have:

1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: October 16, 2024
JAN: dmc

John K. Sherwood
United States Bankruptcy Judge

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 16, 2024 | Form ID: oavolssn | Total Noticed: 2

Timothy P. Kane
    on behalf of Joint Debtor Yahaira Camacho bankruptcy@abdykane.com;kane.timothyb129333@notify.bestcase.com

Timothy P. Kane
    on behalf of Debtor Edwin Camacho bankruptcy@abdykane.com;kane.timothyb129333@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6

# "EXHIBIT B"

Apex Heart and Vascular Care
293 Passaic Street
Passaic, NJ 07055


Capital One
PO Box 31293
Salt Lake City, UT 84131-0293


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One
PO Box 31293
Salt Lake City, UT 84131-0293


Capital One
PO Box 31293
Salt Lake City, UT 84131-0293


Capital One
PO Box 31293
Salt Lake City, UT 84131-0293


Capital One
PO Box 31293
Salt Lake City, UT 84131-0293


Capital One
PO Box 31293
Salt Lake City, UT 84131-0293


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank US N A
PO Box 31293
Salt Lake City, UT 84131-0293


Capital One Bank US N A


Cavalry Portfolio Services
1 American Ln
Greenwich, CT 06831-2560


Cavalry Portfolio Services
Attn: Bankruptcy
1 American Ln
Ste 220
Greenwich, CT 06831-2563


Cavalry Portfolio Services
1 American Ln
Greenwich, CT 06831-2560


Cavalry Portfolio Services
Attn: Bankruptcy
1 American Ln
Ste 220
Greenwich, CT 06831-2563


Cavalry Spv I LLC
1 American Ln
Greenwich, CT 06831-2560


Cavalry Spv I LLC


Discover Financial
PO Box 30939
Salt Lake City, UT 84130-0939


Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025


Discover Financial
PO Box 30939
Salt Lake City, UT 84130-0939


Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025


Greensky LLC
1797 Northeast Expy NE
Atlanta, GA 30329-7803

Greensky LLC
Attn: Bankruptcy
5565 Glenridge Connector
Ste 800
Atlanta, GA 30342-4796

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal; Revunue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kings Anesthesia
c/o Fein, Such, Kahn & Shepard, PC
7 Century Road
Parsippany, NJ 07054

M & T Bank
PO Box 900
Millsboro, DE 19966-0900

M & T Bank
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240-0844

Midland Credit Mgmt
320 E Big Beaver Rd
Troy, MI 48083-1238

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193-9069

Midland Credit Mgmt
320 E Big Beaver Rd
Troy, MI 48083-1238

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193-9069

New Jersey Ortho & Sports Med
1373 Broad Street Suite 309
Clifton, NJ 07013

Parkway Ambulatory Surgery Center
PO Box 438
Saddle River, NJ 07458

Synchrony Bank/Amazon
PO Box 71737
Philadelphia, PA 19176

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Synchrony Bank/Tjx
PO Box 71737
Philadelphia, PA 19176


Synchrony Bank/Tjx
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Target Nb
PO Box 673
Minneapolis, MN 55440-0673


Target Nb
C/O Financial & Retail Services Mailstop
PO Box 9475
Minneapolis, MN 55440-9475


Teachers Federal Credit Union
102 Motor Pkwy
Hauppauge, NY 11788-5147


Teachers Federal Credit Union
Attn: Bankruptcy
PO Box 9005
Smithtown, NY 11787-9005


The Bureaus Inc
650 Dundee Rd
Northbrook, IL 60062-2747


The Bureaus Inc
Attn: Bankruptcy
650 Dundee Rd
Ste 370
Northbrook, IL 60062-2757

# "EXHIBIT C"

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

7022 2410 0002 9713 0424

Certified Mail Fee: $4.85 — $4.10
Extra Services & Fees:
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage: $0.73
Total Postage and Fees: $9.68

Postmark: OCT 18 2024, LITTLE FALLS, NJ 07424, 10/18/2024

Sent To: Experian
Street and Apt. No., or PO Box No.: P.O. Box 4500
City, State, ZIP+4: Allen, TX 75013

PS Form 3800, April 2015

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

7022 2410 0002 9708 6990

Certified Mail Fee: $4.85 — $4.10
Extra Services & Fees:
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage: $0.73
Total Postage and Fees: $9.68

Postmark: OCT 18 2024, LITTLE FALLS, NJ 07424, 10/18/2024

Sent To: Equifax
Street and Apt. No., or PO Box No.: PO Box 740241
City, State, ZIP+4: Atlanta, GA 30374

PS Form 3800, April 2015

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

7022 2410 0002 9713 0419

Certified Mail Fee: $4.85 — $4.10
Extra Services & Fees:
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage: $0.73
Total Postage and Fees: $9.68

Postmark: OCT 18 2024, LITTLE FALLS, NJ 07424, 10/18/2024

Sent To: Trans Union
Street and Apt. No., or PO Box No.: PO Box 2000
City, State, ZIP+4: Chester, PA 19016-2000

PS Form 3800, April 2015