Form oavolssn − oavolssnv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.:  24−18514−JKS
      Chapter:  13
      Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edwin Camacho, Jr.<br>132 Crest Drive<br>Belleville, NJ 07109 | Yahaira Camacho<br>132 Crest Drive<br>Belleville, NJ 07109 |

Social Security No.:
  xxx−xx−5339                                                                 xxx−xx−4339

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO VOLUNTARY PETITION AND/OR
## STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS

    The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on 12/10/2024, and for good cause shown, it is

    ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties−in−interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the debtor must mail, by regular and certified mail, a notice correcting the social security number to the three national credit reporting agencies: Experian; Trans Union Corporation; Equifax Credit Information Services, Inc., or/and their successors and assigns, at their last known address on their website and file a separate Certification of Service regarding proof of same not later than 7 days after the date of this Order.

    It is further ORDERED that the creditors and/or parties−in−interest and the trustee have:

    1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

    2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

    3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: December 12, 2024
JAN: mlc

                                                                            John K. Sherwood
                                                                         United States Bankruptcy Judge