UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Abdy & Kane, P.C.
Timothy P. Kane (TPK- 9921)
17 Furler Street, Suite 3
Totowa, New Jersey
(973) 890-9090

**Order Filed on December 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Edwin Camacho
Yahaira Camacho

Case No.: 24-18514

Adv. No.:

Hearing Date:

Judge: JKS

# ORDER GRANTING MOTION TO REDACT FORM 121

The relief set forth on the following pages, numbered one and two is

hereby **ORDERED**.

**DATED: December 17, 2024**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtors: Edwin Camacho and Yahaira Camacho
Case No.: 24-18514- JKS
Caption of Order:  Order Redacting Form 121

---

THIS MATTER having been brought before the Honorable John K. Sherwood, by the Debtors, Edwin Camacho and Yahaira Camacho, by and through their counsel, Timothy P. Kane, Esq., and upon papers being presented to the Court and for good cause shown;

IT IS ORDERED, that this Motion Requesting that Form 121 filed via Doc 18 on this matter on October 10, 2024, be Redacted; and

IT IS FURTHER ORDERED, that the movant shall serve this Order on the Debtor, the Trustee and any other parties who entered an appearance on the motion.