UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Abdy & Kane, P.C.
Timothy P. Kane (TPK- 9921)
17 Furler Street, Suite 3
Totowa, New Jersey
(973) 890-9090

**Order Filed on December 17, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Edwin Camacho
Yahaira Camacho

Case No.: 24-18514

Adv. No.:

Hearing Date:

Judge: JKS

# ORDER GRANTING MOTION TO REDACT FORM 121

The relief set forth on the following pages, numbered one and two is hereby **ORDERED**.

DATED: December 17, 2024

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtors: Edwin Camacho and Yahaira Camacho
Case No.: 24-18514- JKS
Caption of Order: Order Redacting Form 121

_____

    THIS MATTER having been brought before the Honorable John K. Sherwood, by the Debtors, Edwin Camacho and Yahaira Camacho, by and through their counsel, Timothy P. Kane, Esq., and upon papers being presented to the Court and for good cause shown;

    IT IS ORDERED, that this Motion Requesting that Form 121 filed via Doc 18 on this matter on October 10, 2024, be Redacted; and

    IT IS FURTHER ORDERED, that the movant shall serve this Order on the Debtor, the Trustee and any other parties who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18514-JKS |
| Edwin Camacho, Jr. | Chapter 13 |
| Yahaira Camacho | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 18, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edwin Camacho, Jr., Yahaira Camacho, 132 Crest Drive, Belleville, NJ 07109-2830 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica Ann Berry | on behalf of Creditor Teachers Federal Credit Union bankruptcy@gmlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Timothy P. Kane | on behalf of Joint Debtor Yahaira Camacho bankruptcy@abdykane.com |
| Timothy P. Kane | on behalf of Debtor Edwin Camacho Jr. bankruptcy@abdykane.com |
| U.S. Trustee | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 18, 2024 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6