Certificate Number: 15322-NJ-DE-039195948

Bankruptcy Case Number: 24-18514



15322-NJ-DE-039195948

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 30, 2024, at 1:22 o'clock PM CST, Edwin Camacho Jr completed a course on personal financial management given by internet by 1$ Wiser Consumer Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 30, 2024                By:     /s/Sofia Reibeling

                                          Name:   Sofia Reibeling

                                          Title:  Credit Counselor