Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−18514−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edwin Camacho, Jr.　　　　　　　　　　　　　Yahaira Camacho
132 Crest Drive　　　　　　　　　　　　　　　132 Crest Drive
Belleville, NJ 07109　　　　　　　　　　　　　Belleville, NJ 07109

Social Security No.:
xxx−xx−5339　　　　　　　　　　　　　　　　xxx−xx−4339

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on August 29, 2024 and a confirmation hearing on such Plan has been scheduled for January 9, 2025.

The debtor filed a Modified Plan on January 8, 2025 and a confirmation hearing on the Modified Plan is scheduled for 2/13/2025 at 8:30 AM. Accordingly, notice is hereby given that,

1.　Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.　Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.　The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

　　A full copy of the modified Plan will follow this notice.

Dated: January 8, 2025
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 24-18514-JKS

Edwin Camacho, Jr.                                                                          Chapter 13

Yahaira Camacho

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 08, 2025 | Form ID: 186 | Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edwin Camacho, Jr., Yahaira Camacho, 132 Crest Drive, Belleville, NJ 07109-2830 |
| cr | + | Teachers Federal Credit Union, Greenspoon Marder LLP, c/o Jessica Ann Berry, Esq., 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309-2195 |
| 520375463 | + | Apex Heart and Vascular Care, 293 Passaic Street, Passaic, NJ 07055-5803 |
| 520422110 | + | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520451231 | + | Kings Anesthesia, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520375473 | + | Kings Anesthesia, c/o Fein, Such, Kahn & Shepard, PC, 7 Century Road, Parsippany, NJ 07054-4603 |
| 520375478 | + | New Jersey Ortho & Sports Med, 1373 Broad Street Suite 309, Clifton, NJ 07013-4231 |
| 520375479 | + | Parkway Ambulatory Surgery Center, PO Box 438, Saddle River, NJ 07458-0438 |
| 520375485 | | Teacher's Federal Credit Union, Att: Bankruptcy Department PO Box 9005, Smithtown, NY 11787-9005 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520375465 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 08 2025 20:52:59 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520375464 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 08 2025 20:53:34 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520389681 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 08 2025 21:04:01 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520375467 | | Email/Text: bankruptcy@cavps.com | Jan 08 2025 20:48:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln, Ste 220, Greenwich, CT 06831-2563 |
| 520375466 | + | Email/Text: bankruptcy@cavps.com | Jan 08 2025 20:48:00 | Cavalry Portfolio Services, 1 American Ln, Greenwich, CT 06831-2563 |
| 520387247 | + | Email/Text: bankruptcy@cavps.com | Jan 08 2025 20:48:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520383172 | | Email/Text: mrdiscen@discover.com | Jan 08 2025 20:46:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520375468 | | Email/Text: mrdiscen@discover.com | Jan 08 2025 20:46:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520375469 | | Email/Text: mrdiscen@discover.com | Jan 08 2025 20:46:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520375471 | | Email/Text: bankruptcy@greenskycredit.com | Jan 08 2025 20:47:00 | Greensky LLC, Attn: Bankruptcy, 5565 Glenridge |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Connector, Ste 800, Atlanta, GA 30342-4796 |
| 520375470 | + | Email/Text: bankruptcy@greenskycredit.com | Jan 08 2025 20:46:00 | Greensky LLC, 1797 Northeast Expy NE, Atlanta, GA 30329-2451 |
| 520375472 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2025 20:47:00 | Internal; Revunue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520429011 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 08 2025 20:47:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520381705 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2025 20:53:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520375475 | | Email/Text: camanagement@mtb.com | Jan 08 2025 20:47:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520375474 | | Email/Text: camanagement@mtb.com | Jan 08 2025 20:47:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 520436939 | | Email/Text: camanagement@mtb.com | Jan 08 2025 20:47:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520427522 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 08 2025 20:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520375476 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 08 2025 20:47:00 | Midland Credit Mgmt, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 520375477 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 08 2025 20:47:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520379098 | | Email/Text: bnc-quantum@quantum3group.com | Jan 08 2025 20:47:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520375481 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 08 2025 20:53:04 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520375480 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 08 2025 21:04:30 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520447833 | | Email/Text: bncmail@w-legal.com | Jan 08 2025 20:47:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520375482 | | Email/Text: bncmail@w-legal.com | Jan 08 2025 20:47:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 520375483 | | Email/Text: bncmail@w-legal.com | Jan 08 2025 20:47:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520375484 | | Email/Text: Bankruptcy@teachersfcu.org | Jan 08 2025 20:47:00 | Teacher's Federal Credit Union, 102 Motor Pkwy, Hauppauge, NY 11788-5147 |
| 520375486 | | Email/Text: bnc-thebureaus@quantum3group.com | Jan 08 2025 20:47:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 520394680 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jan 08 2025 21:04:17 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520427592 | | Email/Text: EDBKNotices@ecmc.org | Jan 08 2025 20:46:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

Case 24-18514-JKS    Doc 46    Filed 01/10/25    Entered 01/13/25 16:18:31    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 08, 2025 | Form ID: 186 | Total Noticed: 41 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025                Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica Ann Berry | on behalf of Creditor Teachers Federal Credit Union bankruptcy@gmlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Timothy P. Kane | on behalf of Joint Debtor Yahaira Camacho bankruptcy@abdykane.com |
| Timothy P. Kane | on behalf of Debtor Edwin Camacho Jr. bankruptcy@abdykane.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6