TIMOTHY P. KANE, ESQ.
17 FURLER STREET
SUITE 3
TOTOWA, NJ  07512

Re:  EDWIN CAMACHO, JR            Atty:  TIMOTHY P. KANE, ESQ.
     YAHAIRA CAMACHO                      17 FURLER STREET
     132 CREST DRIVE                      SUITE 3
     BELLEVILLE, NJ  07109                TOTOWA, NJ  07512

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-18514

### RECEIPTS AS OF 01/01/2025                       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/16/2024 | $1,483.10 | | 10/21/2024 | $1,483.10 | |
| 12/03/2024 | $1,483.10 | | | | |

**Total Receipts: $4,449.30  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,449.30**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025      (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 341.13 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | APEX HEART AND VASCULAR CARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 5,462.46 | 0.00% | 0.00 | 0.00 |
| 0004 | CAVALRY SPV I LLC | SECURED | 2,545.17 | 100.00% | 0.00 | 0.00 |
| 0007 | DISCOVER BANK | UNSECURED | 15,367.44 | 0.00% | 0.00 | 0.00 |
| 0008 | GREENSKY INC #3877 | UNSECURED | 3,590.13 | 0.00% | 0.00 | 0.00 |
| 0010 | UNITED STATES TREASURY/IRS | UNSECURED | 489.85 | 0.00% | 0.00 | 0.00 |
| 0011 | KINGS NESTHESIA | UNSECURED | 2,765.00 | 0.00% | 0.00 | 0.00 |
| 0013 | M&T BANK | (NEW) Prepetition | 1,109.01 | 100.00% | 0.00 | 0.00 |
| 0014 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 4,787.20 | 0.00% | 0.00 | 0.00 |
| 0016 | NEW JERSEY ORTHO & SPORTS MED | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | PARKWAY AMBULATORY SURGERY CENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | TD BANK USA NA | UNSECURED | 748.55 | 0.00% | 0.00 | 0.00 |
| 0022 | TEACHERS FEDERAL CREDIT UNION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | THE BUREAUS INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,111.12 | 0.00% | 0.00 | 0.00 |
| 0029 | CAPITAL ONE NA | UNSECURED | 2,460.65 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-18514**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0030 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 450.21 | 0.00% | 0.00 | 0.00 |
| 0032 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0033 | CAVALRY SPV I LLC | UNSECURED | 1,090.40 | 0.00% | 0.00 | 0.00 |
| 0034 | CAVALRY PORTFOLIO SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0035 | DISCOVER BANK | UNSECURED | 10,849.98 | 0.00% | 0.00 | 0.00 |
| 0036 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,600.12 | 0.00% | 0.00 | 0.00 |
| 0037 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0038 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 597.13 | 0.00% | 0.00 | 0.00 |
| 0039 | LVNV FUNDING LLC | UNSECURED | 433.47 | 0.00% | 0.00 | 0.00 |
| 0040 | UNITED STATES TREASURY/IRS | PRIORITY | 4,690.84 | 0.00% | 0.00 | 0.00 |
| 0041 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition / | 0.00 | 0.00% | 0.00 | 0.00 |
| 0042 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 7,873.39 | 0.00% | 0.00 | 0.00 |

**Total Paid: $341.13**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $4,449.30    -    Paid to Claims: $0.00    -    Admin Costs Paid: $341.13    =    Funds on Hand: $5,591.27

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.