Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−18514−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edwin Camacho, Jr.                           Yahaira Camacho
132 Crest Drive                              132 Crest Drive
Belleville, NJ 07109                         Belleville, NJ 07109

Social Security No.:
 xxx−xx−5339                                 xxx−xx−4339

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 14, 2025.

Dated: February 14, 2025
JAN: zlh

                                             Jeanne Naughton
                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                          Case No. 24-18514-JKS

Edwin Camacho, Jr.                                                                                                Chapter 13

Yahaira Camacho

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                         User: admin                                             Page 1 of 3

Date Rcvd: Feb 14, 2025                                 Form ID: plncf13                                   Total Noticed: 40

The following symbols are used throughout this certificate:

**Symbol         Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##                 Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edwin Camacho, Jr., Yahaira Camacho, 132 Crest Drive, Belleville, NJ 07109-2830 |
| cr | + | Teachers Federal Credit Union, Greenspoon Marder LLP, c/o Jessica Ann Berry, Esq., 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309-2195 |
| 520375463 | + | Apex Heart and Vascular Care, 293 Passaic Street, Passaic, NJ 07055-5803 |
| 520422110 | + | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520375471 | | Greensky LLC, Attn: Bankruptcy, 5565 Glenridge Connector, Ste 800, Atlanta, GA 30342-4796 |
| 520375473 | + | Kings Anesthesia, c/o Fein, Such, Kahn & Shepard, PC, 7 Century Road, Parsippany, NJ 07054-4603 |
| 520451231 | + | Kings Anesthesia, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520375478 | + | New Jersey Ortho & Sports Med, 1373 Broad Street Suite 309, Clifton, NJ 07013-4231 |
| 520375479 | + | Parkway Ambulatory Surgery Center, PO Box 438, Saddle River, NJ 07458-0438 |
| 520375485 | | Teacher's Federal Credit Union, Att: Bankruptcy Department PO Box 9005, Smithtown, NY 11787-9005 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 14 2025 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 14 2025 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520375465 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 21:17:21 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520375464 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2025 21:17:27 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520389681 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2025 21:16:56 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520375467 | | Email/Text: bankruptcy@cavps.com | Feb 14 2025 21:13:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln, Ste 220, Greenwich, CT 06831-2563 |
| 520375466 | + | Email/Text: bankruptcy@cavps.com | Feb 14 2025 21:13:00 | Cavalry Portfolio Services, 1 American Ln, Greenwich, CT 06831-2563 |
| 520387247 | + | Email/Text: bankruptcy@cavps.com | Feb 14 2025 21:13:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 520383172 | | Email/Text: mrdiscen@discover.com | Feb 14 2025 21:11:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520375468 | | Email/Text: mrdiscen@discover.com | Feb 14 2025 21:11:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |

Case 24-18514-JKS    Doc 51    Filed 02/16/25    Entered 02/17/25 00:18:02    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 14, 2025 | Form ID: plncf13 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 520375469 | | Email/Text: mrdiscen@discover.com | Feb 14 2025 21:11:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 520422110 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 14 2025 21:13:00 | GreenSky Inc., PO Box 2730, Alpharetta, GA 30023-2730 |
| 520375470 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 14 2025 21:13:00 | Greensky LLC, 1797 Northeast Expy NE, Atlanta, GA 30329-2451 |
| 520375471 | | Email/Text: bankruptcy@greenskycredit.com | Feb 14 2025 21:13:00 | Greensky LLC, Attn: Bankruptcy, 5565 Glenridge Connector, Ste 800, Atlanta, GA 30342-4796 |
| 520375472 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 14 2025 21:12:00 | Internal; Revunue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520429011 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 14 2025 21:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520381705 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 14 2025 20:56:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520375475 | | Email/Text: camanagement@mtb.com | Feb 14 2025 21:13:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 520375474 | | Email/Text: camanagement@mtb.com | Feb 14 2025 21:13:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 520436939 | | Email/Text: camanagement@mtb.com | Feb 14 2025 21:13:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520427522 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 14 2025 21:13:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520375476 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 14 2025 21:13:00 | Midland Credit Mgmt, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 520375477 | | Email/Text: bankruptcydpt@mcmcg.com | Feb 14 2025 21:13:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520379098 | | Email/Text: bnc-quantum@quantum3group.com | Feb 14 2025 21:13:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520375481 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2025 20:56:36 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520375480 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 14 2025 21:17:30 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520447833 | | Email/Text: bncmail@w-legal.com | Feb 14 2025 21:13:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520375482 | | Email/Text: bncmail@w-legal.com | Feb 14 2025 21:12:00 | Target Nb, PO Box 673, Minneapolis, MN 55440-0673 |
| 520375483 | | Email/Text: bncmail@w-legal.com | Feb 14 2025 21:12:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 520375484 | | Email/Text: Bankruptcy@teachersfcu.org | Feb 14 2025 21:12:00 | Teacher's Federal Credit Union, 102 Motor Pkwy, Hauppauge, NY 11788-5147 |
| 520375486 | | Email/Text: bnc-thebureaus@quantum3group.com | Feb 14 2025 21:12:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 520394680 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 14 2025 21:17:39 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520427592 | | Email/Text: EDBKNotices@ecmc.org | Feb 14 2025 21:11:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520375470 | ##+ | Greensky LLC, 1797 Northeast Expy NE, Atlanta, GA 30329-2451 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 16, 2025         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica Ann Berry | on behalf of Creditor Teachers Federal Credit Union bankruptcy@gmlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Timothy P. Kane | on behalf of Joint Debtor Yahaira Camacho bankruptcy@abdykane.com |
| Timothy P. Kane | on behalf of Debtor Edwin Camacho Jr. bankruptcy@abdykane.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6