UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Abdy & Kane, PC
Timothy P. Kane, Esq. (TPK-9921)
17 Furler Street
Totowa, New Jersey  07512

In Re:

Edwin Camacho
Yahaira Camacho

| | |
|---|---|
| Case No.: | 24-18514 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | July 24, 2025 |
| Judge: | JKS |

## CERTIFICATION OF SERVICE

1. I, _____Timothy P. Kane, Esq._____ :

   ☒ represent _____the Debtors_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____07/01/25_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.
   Amended Certification of Support and Amended Proposed Form of Order to Approve Second
   Mortgage on Property Commonly Known as 132 Crest Drive, Belleville, New Jersey 07109

3. I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____07/01/25_____

s/ Timothy P. Kane
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road<br>Ste 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edwin Camacho<br>Yahaira Camacho<br>132 Crest Drive<br>Bellville, New Jersey 07109 | Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum3 Group LLC as agent for<br>Bureaus Investment Group Portfolio<br>No. 15<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| M & T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover Bank<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Cavalry SPV I, LLC<br>P.O. Box 4252<br>Greenwich, CT 06831-2200 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>U.S. Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Teacher's Federal Credit Union<br>Greenspoon Marder LLP<br>c/o Jessica Ann Berry, Esq.<br>100 West Cypress Creek Rd.<br>Suite 700<br>Fort Lauderdale, FL 33309-2195 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Internal Revenue Service<br>P.O Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Department of Housing and Urban Development<br>26 Federal Plaza<br>Suite 3541<br>New York, NY 10278 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| GreenSky Inc.<br>P.O. Box 2730<br>Alpharetta, GA 30023-2730 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Midland Credit Management, Inc.<br>P.O. Box 2037<br>Warren, MI 48090-2037 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| US Dept of Education<br>P.O. Box 16448<br>St Paul, MN 55116-0448 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jefferson Capital Systems LLC<br>P.O. Box 7999<br>Saint Cloud, MN 56302-9617 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kings Anesthesia<br>c/o Fein, Such, Kahn & Shepard, PC<br>7 Century Rd<br>Parsippany, NJ 07054-4603 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>1415 Western Avenue<br>Suite 700<br>Seattle, WA 98101 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

3