| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>EDWIN CAMACHO, JR<br>YAHAIRA CAMACHO | Case No.:  24-18514<br><br>Adv. No.:<br><br>Hearing Date:  10/09/2025<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/11/2025, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
EDWIN CAMACHO, JR
YAHAIRA CAMACHO
132 CREST DRIVE
BELLEVILLE, NJ  07109
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
TIMOTHY P. KANE, ESQ.
17 FURLER STREET
SUITE 3
TOTOWA, NJ  07512
Mode of Service:  ECF and/or Regular Mail

---

Dated:  September 11, 2025

By:  /S/  Keith Guarneri
      Keith Guarneri