UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Abdy & Kane, P.C.
Timothy P. Kane, Esq. (TPK-9921)
17 Furler Street, Suite 3
Totowa, New Jersey 07512
Attorney for Debtor(s)
(973) 890-9090

Order Filed on October 17, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Edwin Camacho, Jr.
Yahaira Camacho

Case No.: 24-18514
Chapter: 13
Judge: JKS

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: October 17, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Timothy P. Kane, Esq._____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____900.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,499.00____ per month for ____46____ months to allow for payment of the above fee.

*rev.8/1/15*