TIMOTHY P. KANE, ESQ.
17 FURLER STREET
SUITE 3
TOTOWA, NJ  07512


Re:  EDWIN CAMACHO, JR          Atty:  TIMOTHY P. KANE, ESQ.
     YAHAIRA CAMACHO                   17 FURLER STREET
     132 CREST DRIVE                   SUITE 3
     BELLEVILLE, NJ  07109             TOTOWA, NJ  07512


# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
Chapter 13 Case # 24-18514

## RECEIPTS AS OF 01/15/2026          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/16/2024 | $1,483.10 | | 10/21/2024 | $1,483.10 | |
| 12/03/2024 | $1,483.10 | | 01/13/2025 | $1,483.10 | |
| 02/20/2025 | $1,483.10 | | 04/07/2025 | $1,483.10 | |
| 04/14/2025 | $1,369.00 | | 06/09/2025 | $1,369.00 | |
| 07/10/2025 | $1,369.00 | | 07/31/2025 | $1,369.00 | |
| 11/21/2025 | $1,369.00 | | | | |

**Total Receipts: $15,743.60  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $15,743.60**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| **CAPITAL ONE BANK (USA), N.A.** | | | | | | | |
| | 08/18/2025 | $14.03 | 949,006 | | | | |
| **CAPITAL ONE NA** | | | | | | | |
| | 07/14/2025 | $6.77 | 947,429 | | 08/18/2025 | $51.06 | 948,834 |
| | 12/15/2025 | $15.19 | 954,418 | | | | |
| **CAVALRY SPV I LLC** | | | | | | | |
| | 07/14/2025 | $2,545.17 | 947,627 | | 08/18/2025 | $25.63 | 949,020 |
| | 12/15/2025 | $6.72 | 954,662 | | | | |
| **DISCOVER BANK** | | | | | | | |
| | 07/14/2025 | $42.28 | 947,711 | | 07/14/2025 | $29.85 | 947,711 |
| | 08/18/2025 | $225.14 | 949,091 | | 08/18/2025 | $318.87 | 949,091 |
| | 12/15/2025 | $94.86 | 954,743 | | 12/15/2025 | $66.96 | 954,743 |
| **GREENSKY INC #3877** | | | | | | | |
| | 07/14/2025 | $9.88 | 947,461 | | 08/18/2025 | $74.49 | 948,866 |
| | 12/15/2025 | $22.16 | 954,454 | | | | |
| **JEFFERSON CAPITAL SYSTEMS LLC** | | | | | | | |
| | 07/14/2025 | $8.56 | 8,004,666 | | 08/18/2025 | $64.56 | 8,004,708 |
| | 08/18/2025 | $10.58 | 8,004,708 | | 12/15/2025 | $19.20 | 8,004,865 |

Chapter 13 Case # 24-18514

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| KINGS NESTHESIA | | | | | | |
| | 07/14/2025 | $7.61 | 947,470 | 08/18/2025 | $57.37 | 948,875 |
| | 12/15/2025 | $17.07 | 954,468 | | | |
| M&T BANK | | | | | | |
| | 03/17/2025 | $981.91 | 941,426 | 04/14/2025 | $127.10 | 942,897 |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | |
| | 07/14/2025 | $13.17 | 947,235 | 07/14/2025 | $7.15 | 947,235 |
| | 08/18/2025 | $99.33 | 948,666 | 08/18/2025 | $53.95 | 948,666 |
| | 12/15/2025 | $29.56 | 954,237 | 12/15/2025 | $16.06 | 954,237 |
| QUANTUM3 GROUP LLC | | | | | | |
| | 07/14/2025 | $15.03 | 8,004,669 | 08/18/2025 | $113.35 | 8,004,710 |
| | 12/15/2025 | $33.71 | 8,004,870 | | | |
| RESURGENT CAPITAL SERVICES | | | | | | |
| | 08/18/2025 | $10.18 | 8,004,715 | | | |
| TD BANK USA NA | | | | | | |
| | 08/18/2025 | $17.59 | 948,857 | | | |
| U.S. DEPARTMENT OF EDUCATION | | | | | | |
| | 07/14/2025 | $21.66 | 948,419 | 08/18/2025 | $163.37 | 949,728 |
| | 12/15/2025 | $48.60 | 955,437 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 04/14/2025 | $975.31 | 8,004,578 | 05/12/2025 | $1,286.86 | 8,004,616 |
| | 06/16/2025 | $1,300.55 | 8,004,661 | 07/14/2025 | $1,128.12 | 8,004,703 |
| | 08/18/2025 | $11.51 | 8,004,741 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 888.74 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,650.00 | 100.00% | 4,650.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | APEX HEART AND VASCULAR CARE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | QUANTUM3 GROUP LLC | UNSECURED | 5,462.46 | 100.00% | 162.09 | 5,300.37 |
| 0004 | CAVALRY SPV I LLC | SECURED | 2,545.17 | 100.00% | 2,545.17 | 0.00 |
| 0007 | DISCOVER BANK | UNSECURED | 15,367.44 | 100.00% | 456.01 | 14,911.43 |
| 0008 | GREENSKY INC #3877 | UNSECURED | 3,590.13 | 100.00% | 106.53 | 3,483.60 |
| 0010 | UNITED STATES TREASURY/IRS | UNSECURED | 489.85 | 100.00% | 11.51 | 478.34 |
| 0011 | KINGS NESTHESIA | UNSECURED | 2,765.00 | 100.00% | 82.05 | 2,682.95 |
| 0013 | M&T BANK | (NEW) Prepetition A | 1,109.01 | 100.00% | 1,109.01 | 0.00 |
| 0014 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 4,787.20 | 100.00% | 142.06 | 4,645.14 |
| 0016 | NEW JERSEY ORTHO & SPORTS MED | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0017 | PARKWAY AMBULATORY SURGERY CENT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | SYNCHRONY BANK/AMAZON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0021 | TD BANK USA NA | UNSECURED | 748.55 | 100.00% | 17.59 | 730.96 |
| 0022 | TEACHERS FEDERAL CREDIT UNION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0024 | THE BUREAUS INC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0028 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 3,111.12 | 100.00% | 92.32 | 3,018.80 |
| 0029 | CAPITAL ONE NA | UNSECURED | 2,460.65 | 100.00% | 73.02 | 2,387.63 |
| 0030 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0031 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 450.21 | 100.00% | 10.58 | 439.63 |
| 0032 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | CAVALRY SPV I LLC | UNSECURED | 1,090.40 | 100.00% | 32.35 | 1,058.05 |
| 0034 | CAVALRY PORTFOLIO SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0035 | DISCOVER BANK | UNSECURED | 10,849.98 | 100.00% | 321.95 | 10,528.03 |
| 0036 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,600.12 | 100.00% | 77.16 | 2,522.96 |
| 0037 | SYNCHRONY BANK/TJX | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-18514**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0038 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 597.13 | 100.00% | 14.03 | 583.10 |
| 0039 | RESURGENT CAPITAL SERVICES | UNSECURED | 433.47 | 100.00% | 10.18 | 423.29 |
| 0040 | UNITED STATES TREASURY/IRS | PRIORITY | 4,690.84 | 100.00% | 4,690.84 | 0.00 |
| 0041 | US DEPARTMENT OF HOUSING AND URB | (NEW) Prepetition  | 0.00 | 100.00% | 0.00 | 0.00 |
| 0042 | U.S. DEPARTMENT OF EDUCATION | UNSECURED | 7,873.39 | 100.00% | 233.63 | 7,639.76 |

**Total Paid:  $15,726.82**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $15,743.60      -     Paid to Claims: $10,188.08      -     Admin Costs Paid: $5,538.74     =     Funds on Hand: $16.78

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.