**Order Filed on February 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Abdy & Kane, P.C.
Timothy P. Kane, Esq. (TPK-9921)
17 Furler Street, Suite 3
Totowa, New Jersey 07512
Attorney for Debtor(s)
(973) 890-9090

| | |
|---|---|
| In Re: | Case No.:    24-18514 |
| Edwin Camacho, Jr.<br>Yahaira Camacho | Chapter:    13 |
| | Judge:    JKS |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: February 18, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Timothy P. Kane, Esq._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

□ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,508.00____ per month for _____43_____ months to allow for payment of the above fee.

*rev.8/1/15*

2