**Order Filed on February 18, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Abdy & Kane, P.C.
Timothy P. Kane, Esq. (TPK-9921)
17 Furler Street, Suite 3
Totowa, New Jersey 07512
Attorney for Debtor(s)
(973) 890-9090

| In Re: | Case No.: | 24-18514 |
|---|---|---|
| Edwin Camacho, Jr. | Chapter: | 13 |
| Yahaira Camacho | Judge: | JKS |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

DATED: February 18, 2026

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Timothy P. Kane, Esq._____, the applicant, is allowed a fee of $_____400.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____400.00_____. The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1,508.00_____ per month for _____43_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 24-18514-JKS

Edwin Camacho, Jr.                                                                Chapter 13

Yahaira Camacho

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                           Page 1 of 2

Date Rcvd: Feb 18, 2026                 Form ID: pdf903                    Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**              **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

**Recip ID**                **Recipient Name and Address**
db/jdb                  +   Edwin Camacho, Jr., Yahaira Camacho, 132 Crest Drive, Belleville, NJ 07109-2830

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                       Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Denise E. Carlon
                       on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jessica Ann Berry
                       on behalf of Creditor Teachers Federal Credit Union bankruptcy@gmlaw.com

Marie-Ann Greenberg
                       magecf@magtrustee.com

Timothy P. Kane
                       on behalf of Joint Debtor Yahaira Camacho bankruptcy@abdykane.com

Timothy P. Kane
                       on behalf of Debtor Edwin Camacho  Jr. bankruptcy@abdykane.com

U.S. Trustee

District/off: 0312-2                                    User: admin                                         Page 2 of 2
Date Rcvd: Feb 18, 2026                          Form ID: pdf903                            Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6