**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

EDWIN CAMACHO, JR
YAHAIRA CAMACHO

Order Filed on February 27, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  24-18514 JKS**

**Hearing Date:  2/26/2026**

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 27, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  EDWIN CAMACHO, JR
            YAHAIRA CAMACHO

Case No.:  24-18514

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/26/2026 on notice to TIMOTHY P. KANE,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $4,668.90 by 3/31/2026 to be current with Trustee payments

   through March or the case will be dismissed upon certification of the Standing Trustee with 14 days notice

   to Debtor(s) and Debtor's attorney.