**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

   EDWIN CAMACHO, JR
   YAHAIRA CAMACHO

**Order Filed on February 27, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  24-18514 JKS**

**Hearing Date:  2/26/2026**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: February 27, 2026**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  EDWIN CAMACHO, JR
            YAHAIRA CAMACHO
Case No.:  24-18514
Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 02/26/2026 on notice to TIMOTHY P. KANE,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $4,668.90 by 3/31/2026 to be current with Trustee payments

    through March or the case will be dismissed upon certification of the Standing Trustee with 14 days notice

    to Debtor(s) and Debtor's attorney.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 24-18514-JKS

Edwin Camacho, Jr.                                                                      Chapter 13

Yahaira Camacho

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 2

Date Rcvd: Feb 27, 2026                       Form ID: pdf903                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2026:**

**Recip ID**       **Recipient Name and Address**

db/jdb       +  Edwin Camacho, Jr., Yahaira Camacho, 132 Crest Drive, Belleville, NJ 07109-2830

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2026 at the address(es) listed below:**

**Name**       **Email Address**

Denise E. Carlon

       on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jessica Ann Berry

       on behalf of Creditor Teachers Federal Credit Union bankruptcy@gmlaw.com

Marie-Ann Greenberg

       magecf@magtrustee.com

Timothy P. Kane

       on behalf of Joint Debtor Yahaira Camacho bankruptcy@abdykane.com

Timothy P. Kane

       on behalf of Debtor Edwin Camacho  Jr. bankruptcy@abdykane.com

U.S. Trustee

District/off: 0312-2                          User: admin                                      Page 2 of 2
Date Rcvd: Feb 27, 2026                       Form ID: pdf903                                   Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6