Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−18514−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edwin Camacho, Jr.                          Yahaira Camacho
132 Crest Drive                             132 Crest Drive
Belleville, NJ 07109                        Belleville, NJ 07109

Social Security No.:
   xxx−xx−5339                              xxx−xx−4339

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/13/26 at 10:00 AM

to consider and act upon the following:

*81* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/9/2026. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*83* − Certification in Opposition to (related document:81 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/9/2026. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Timothy P. Kane on behalf of Yahaira Camacho, Edwin Camacho, Jr.. (Attachments: # 1 Certificate of Service) (Kane, Timothy)

Dated: 7/7/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                        Case No. 24-18514-JKS

Edwin Camacho, Jr.                                                            Chapter 13

Yahaira Camacho

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2             User: admin            Page 1 of 2

Date Rcvd: Jul 07, 2026        Form ID: ntchrgbk        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

**Recip ID**         **Recipient Name and Address**
db/jdb         + Edwin Camacho, Jr., Yahaira Camacho, 132 Crest Drive, Belleville, NJ 07109-2830

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jessica Ann Berry | on behalf of Creditor Teachers Federal Credit Union bankruptcy@gmlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Timothy P. Kane | on behalf of Joint Debtor Yahaira Camacho bankruptcy@abdykane.com |
| Timothy P. Kane | on behalf of Debtor Edwin Camacho  Jr. bankruptcy@abdykane.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 07, 2026                       Form ID: ntchrgbk                              Total Noticed: 1
TOTAL: 6