**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

Order Filed on August 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

EDWIN CAMACHO, JR
YAHAIRA CAMACHO

**Case No.: 24-18514 JKS**

**Hearing Date: 8/13/2026**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 14, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): EDWIN CAMACHO, JR
YAHAIRA CAMACHO
Case No.: 24-18514
Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/13/2026 on notice to TIMOTHY P. KANE, ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $1,483.90 by 8/31/2026 to be current with Trustee payments through August or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.