Order Filed on August 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Abdy & Kane, P.C.
Timothy P. Kane, Esq. (TPK-9921)
17 Furler Street, Suite 3
Totowa, New Jersey 07512
Attorney for Debtor(s)
(973) 890-9090

In Re:

Edwin Camacho, Jr.
Yahaira Camacho

Case No.: 24-18514

Chapter: 13

Judge: JKS

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 21, 2026**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Timothy P. Kane, Esq., the applicant, is allowed a fee of $ 400.00 for services rendered and expenses in the amount of $ 0.00 for a total of $ 400.00 . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ 1,519.00 per month for 37 months to allow for payment of the above fee.

*rev.8/1/15*